**Andrew ABRAHAMS–PARRA, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Respondent—Appellee.**

No. 05–7408.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 26, 2006.

Andrew Abrahams–Parra, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Abrahams–Parra, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abrahams–Parra v. Stansberry*, No. CA–05–454–HC–BO (E.D.N.C. Aug. 12, 2005; filed Sept. 22, 2005 & entered Sept. 28, 2005; filed Oct. 27, 2005 & entered Nov. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*